CATHERINE CASEY, PLAINTIFF-RESPONDENT, v. JAMES M. O'NEIL, DEFENDANT-PETITIONER AND EMMA R. DAVIES, DEFENDANT-RESPONDENT.

JAMES M. O'NEIL, *ET AL.*, PLAINTIFFS, v. EMMA R. DAVIES, DEFENDANT.

RICHARD R. DAVIES, PLAINTIFF, v. JAMES M. O'NEIL, DEFENDANT.

LAURA FARROW, *ETC.*, *ET AL.* PLAINTIFFS-RESPONDENTS, v. JAMES M. O'NEIL, DEFENDANT-PETITIONER AND EMMA R. DAVIES, DEFENDANT-RESPONDENT.

*Messrs. Lieb & Teich* and *Mr. Gerald Kaplan* for the petitioner.

*Messrs. Fox, Schackner, Neagle & Mastrangelo* for the respondents.

September 17, 1968. Denied.

DONALD S. BEAN, PLAINTIFF-PETITIONER, v. JUNE STRELECKI, DEFENDANT-RESPONDENT.

*Messrs. Greene & Orloff* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Thomas J. Savage* for the respondent.

September 17, 1968. Denied.